IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| DIANE MINISH, | ) | |
| | ) | |
| Plaintiff, | ) | No. 5:13-cv-256 - F |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| CO-OPERATIVE ADJUSTMENT, | ) | **ENTRY OF DEFAULT** |
| BUREAU, | ) | |
| | ) | |
| Defendant. | | |

Plaintiff, having filed an Application of Default against Defendant, CO-OPERATIVE ADJUSTMENT BUREAU, as well as a supporting affidavit/declaration, and it appearing that Defendant was properly served, as appears from the executed Summons and certified mail return of service;

And it appearing that the time within which Defendant was given to answer or otherwise respond to the Complaint has now expired;

An Entry of Default is hereby entered against Defendant CO-OPERATIVE ADJUSTMENT BUREAU.

Dated: July 17, 2013

_____
Clerk, United States District Court
Eastern District of North Carolina