IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:13-CV-256-F

DIANE MINISH, )
 )
 )
Plaintiff, )
 )
 )
 )
 ) **ORDER**
v. )
 )
CO-OPERATIVE ADJUSTMENT )
BUREAU, )
 )
Defendant. )

This matter is before the court on Plaintiff Diane Minish's failure to respond to this court's November 4, 2013, Order [DE-15].

In that order, the court observed that it was not satisfied that it has personal jurisdiction over Defendant Co-operative Adjustment Bureau, and therefore it was holding Plaintiff's Motion for Default Judgment [DE-8] and Motion for Attorney's Fees [DE-9] in abeyance pending Plaintiff's filing of supplemental proof of service. The court specifically directed Plaintiff to file supplemental proof of service on or before December 2, 2013.

More than a week has passed since that deadline, and Plaintiff has failed to file anything in response to the court's order. Accordingly, the Motion for Default Judgment [DE-8] and Motion for Attorney's Fees [DE-9] are DENIED. Should Plaintiff wish to proceed in this case, she is DIRECTED to file supplemental proof of service within thirty days of this order. **Should Plaintiff fail to file supplemental proof of service within that time period, this action may be dismissed for failure to prosecute.**

SO ORDERED. This, the 11th day of December, 2013.

                                                      *James C. Fox*
                                                     James C. Fox
                                                     Senior United States District Judge