UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| DIANE MINISH,<br><br>Plaintiff,<br><br>v.<br><br>CO-OPERATIVE ADJUSTMENT BUREAU,<br><br>Defendant. | ) | **JUDGMENT**<br><br>No. 5:13-CV-256-F |

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that the entry of default [DE-6] is VACATED, and this action is DISMISSED without prejudice.

**This Judgment Filed and Entered on September 8, 2014, and Copies To:**

Mitchel Erik Luxenburg (via Notice of Electronic Filing)

| | |
|---|---|
| DATE | JULIE A. RICHARDS, CLERK |
| September 8, 2014 | /s/ Jacqueline B. Grady |
| | (By) Jacqueline B. Grady, Deputy Clerk |